UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BASSIROU SAMB,<br><br>                              Petitioner,<br><br>             v.<br><br>WILLIM P. JOYCE, et al.,<br><br>                              Defendant(s). | 25-CV-6373 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

For the reasons stated in this Court's opinion and order in *Lopez Benitez v. Francis*, No. 25 Civ. 5937, 2025 WL 2267803 (S.D.N.Y. Aug. 8, 2025), and in light of Respondents' concession that *Lopez Benitez* controls the result in this case, *see* ECF No. 8 at 4, it is hereby **ORDERED** that the Petition is **GRANTED** and that Petitioner be released from custody no later than **5 p.m. on August 13, 2025.** The conference previously scheduled for August 14, 2025 is cancelled. Respondents shall certify compliance with this Order with a filing on the docket. An opinion will follow.

SO ORDERED.

Dated: August 12, 2025
         New York, New York

                                                                                          _____
                                                                                                      DALE E. HO
                                                                                          United States District Judge