UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BASSIROU SAMB, <br><br>                    Petitioner, <br><br> v. <br><br> WILLIAM P. JOYCE, et al., <br><br>                    Respondents. | 25-CV-6373 (DEH) <br><br> <u>ORDER</u> |

DALE E. HO, United States District Judge:

The Clerk of Court is respectfully directed to change the nature of suit in this action from 530 to 463 and to place restrictions on docket entries 1, 2, 4, 5, 7, 8, 9, 10, and 12 to be visible to court users, case participants, and public terminal users only.

Petitioner's counsel is directed to refile the civil cover sheet selecting "PRISONER PETITIONS – 463 ALIEN DETAINEE" as the nature of suit.

SO ORDERED.

Dated: August 19, 2025
       New York, New York

                                                    _____
                                                           DALE E. HO
                                                    United States District Judge