**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
BASSIROU SAMB,

                      Petitioner,              25 **CIVIL** 6373 (DEH)

   -against-                             **JUDGMENT**

WILLIAM P. JOYCE, et al.,

                     Respondents.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 19, 2025, by complying with his legal responsibilities and attending his regularly scheduled immigration court proceeding, Mr. Samb joined the unlucky ranks of Mr. Lopez Benitez and others in losing a perilous game of chance currently taking place outside of immigration court in Manhattan. These seemingly random and arbitrary detentions contravene the basic guarantees of constitutional due process. For the reasons stated, Mr. Samb's Petition is GRANTED; accordingly, the case is closed.

**DATED:** New York, New York
            August 20, 2025

                                                     **TAMMI M. HELLWIG**
                                                     _____
                                                          **Clerk of Court**
**BY:**
                                                          _K. Mango_
                                                          **Deputy Clerk**